UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL CHARLES, | : |
| Plaintiff | : CIVIL ACTION NO. 4:22-1025 |
| v. | : (JUDGE MANNION) |
| CITIZENS & NORTHERN BANK, | : |
| Defendant | : |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Defendant C&N's motion to dismiss, **(Doc. 5)**, is **GRANTED without prejudice** and with leave for Plaintiff Charles to amend his complaint.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: March 29, 2023**
22-1025-01-ORDER